UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIN GARDENHIRE, ) | |
| ) | |
| Petitioner, ) | No. CV 09-8223-R(AJW) |
| ) | |
| v. ) | |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | JUDGMENT |
| CORRECTIONS, et al., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: __July 15, 2010

_____
Manuel L. Real
United States District Judge